**No. 09-10220. Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections at Wallens Ridge State Prison; Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections Education; Kenneth Edward Barbour, Petitioner v.**

**Virginia Department of Corrections at Wallens Ridge State Prison; and Kenneth Edward Barbour, Petitioner v. Virginia Department of Corrections, et al.**

560 U.S. 963, 130 S. Ct. 3422, 177 L. Ed. 2d 321, 2010 U.S. LEXIS 4739.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.